**Jimmy Jackson LITTLE,**
**Plaintiff—Appellant,**

v.

**UNITED STATES of America,**
**Defendant—Appellee.**

No. 06–1041.

United States Court of Appeals,
Fourth Circuit.

Submitted March 31, 2006.

Decided April 28, 2006.

Jimmy Jackson Little, Appellant Pro Se. Laurie Allyn Snyder, United States Department of Justice, Washington, D.C., for Appellee.

Before WILLIAMS and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Jackson Little appeals the district court's order dismissing his challenge to the Internal Revenue Service's intent to levy against his property to collect penalties for filing frivolous income tax returns pursuant to 26 U.S.C. § 6702 (2000). We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *See Little v. United States*, No. CA–04–406–1 (M.D.N.C. Nov. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*